# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA L. O'CON, | Case No. 1:13-cv-1321-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| | **(Doc. No. _2)** |
| JOHN KATAVICH, et al., | |
| Defendants. | |

On August 5, 2013, Plaintiff Tina L. O'Con filed a complaint pursuant to 42 U.S.C. § 1983 along with a request to proceed *in forma pauperis* and without prepayment of fees. Plaintiff's request to proceed *in forma pauperis* demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated: **October 3, 2013**   /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE