# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA L. O'CON, | Case No.  1:13-cv-1321-AWI-SKO |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION REQUESTING THE ISSUANCE OF SERVICE DOCUMENTS** |
| v. | |
| | **(Doc. 7)** |
| JOHN KATAVICH, et al., | |
| Defendants. | |
| _____/ | |

On August 5, 2013, Plaintiff Tina L. O'Con ("Plaintiff") filed a complaint pursuant to 42 U.S.C. § 1983, as well as an application to proceed in forma pauperis.  (Docs. 1, 2.)

On October 3, 2013, Plaintiff's request to proceed in forma pauperis was granted, and on November 26, 2013, an order was issued pursuant to 28 U.S.C. §1915(e)(2) regarding Plaintiff's complaint.  On the same day that the Court issued its order regarding Plaintiff's complaint, Plaintiff filed a motion "requesting necessary documents in order to have U.S. Marshal serve defendants."  (Doc. 7.)

The Court's November 26, 2013, screening order requires Plaintiff to elect to proceed on the cognizable claims stated in her complaint or amend the complaint within 30 days; Plaintiff has not yet responded to this screening order.  Therefore, Plaintiff's motion requesting the issuance of service documents is moot at this time.  If Plaintiff elects to proceed on the cognizable claims, she will be issued further service documents and the Marshal will be ordered to serve the complaint. (Doc. 6.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion requesting necessary documents so that the U.S. Marshal may serve the defendants is DENIED.

IT IS SO ORDERED.

Dated:   **December 6, 2013**             /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

2