# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA L. O'CON, | Case No. 1:13-cv-01321-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH USM-285 FORM DOCUMENTS** |
| v. | |
| JOHN KATAVICH, Warden, et al., | **ORDER THAT PLAINTIFF COMPLETE AND SUBMIT USM-285 FORM DOCUMENTS WITHIN 30 DAYS FOR SERVICE OF PROCESS BY THE U.S. MARSHAL** |
| Defendants. | |
| _____/ | |

Plaintiff proceeds *in forma pauperis* and *in pro se* in this action pursuant to 42 U.S.C. § 1983 against Defendants Paul Pierce, T. King-Eddington, and R. Nickell for unlawful arrest and unreasonable searches in violation of the Fourth Amendment of the United States Constitution. All other claims and defendants have been dismissed from the action. (*See* Docs. 6, 10.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Plaintiff three USM-285 forms, three summons, an instruction sheet, a notice of submission of documents form ("Notice"), and one copy of the complaint filed on August 5, 2013;

2. Within thirty (30) days from the date of service of this order, Plaintiff is DIRECTED to complete the attached notice of submission of documents and to submit the completed Notice to the Court with the following documents:

        a.     Three completed summonses;

        b.     Three completed USM-285 forms for the defendants listed above; and

        c.     Four copies of the endorsed complaint filed in this Court.

3. Plaintiff need not attempt service on defendants; and

4. Once completed USM-285 documents are submitted by Plaintiff, the Court will issue a further order for the U.S. Marshal to serve the complaint.

IT IS SO ORDERED.

Dated: **January 24, 2014**                          **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE