1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DEBRA A. FITZSIMMONS, State Bar No. 144590
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-2606
6   Fax: (916) 324-5205
    E-mail: Debra.Fitzsimmons@doj.ca.gov
7  *Attorneys for Defendants*
   *P. Pierce, T. King-Eddington and R. Nickell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TINA O'CON,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**JOHN KATAVICH, et al.,**<br><br>                    Defendants. | 1:13-CV-01321 AWI SKO<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Action Filed:  August 5, 2013 |

1

Plaintiff Tina O'Con and Defendants P. Pierce, T. King-Eddington, and R. Nickell have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorneys' fees.

It is so stipulated.

Dated:  June 23, 2014          */s/ Tina O'Con*
                               TINA O' CON
                               *Plaintiff*

Dated:  June 27, 2014          */s/ Debra A. Fitzsimmons*
                               DEBRA A. FITZSIMMONS
                               Deputy Attorney General
                               California Attorney General's Office
                               *Attorney for Defendants*
                               *P. Pierce, T. King-Eddington, and R. Nickell*

### ORDER

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated:   June 30, 2014                    _____
                                          SENIOR DISTRICT JUDGE